UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD BARKMEYER, JR.,
    Plaintiff

v.                                    C.A. 09-430 S

ASHBEL T. WALL,
    Defendant

## ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on September 22, 2010 (document #23) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (document #25) is rejected and Plaintiff's Motion for Leave to Appeal In Forma Pauperis (document #22) is hereby DENIED.

ENTER:

_____
William E. Smith
United States District Judge

Date: 10/19/10